# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Bulluck,<br><br>          Plaintiff,<br><br>v.<br><br>United States of America,<br><br>          Defendant. | No. CV-16-00449-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss Plaintiffs' Complaint. (Doc. 17.) For good cause shown,

**IT IS ORDERED** that the Plaintiffs' Complaint is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 13th day of June, 2016.

Douglas L. Rayes
United States District Judge